UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:15 CV 1699 CDP |
| CHUNKY BOY BAR & GRILL, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This case is before me on plaintiff's motion for default judgment in the amount of $175,180.00. Plaintiff's motion contains no evidence that it has been served upon defaulted defendants, and in the interests of justice the Court believes service is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file an affidavit from counsel attesting to service of the motion for default judgment and supporting memorandum upon defendants no later than April 22, 2016, or the motion will be denied without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of April, 2016.